**Curtis YEAGER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62287.**

Missouri Court of Appeals, Western District.

Dec. 23, 2003.

Andrew A. Schroeder, Kansas City, MO, for Appellant.

John M. Morris, III, Patrick T. Morgan, Jefferson City, MO, for Respondent.

Before HOWARD, P.J., LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial, without evidentiary hearing, of his motion for relief under Rule 29.15. He had been convicted of felony child abuse and felony murder. He asserts he was entitled to a hearing because appellate counsel failed to raise a double-jeopardy point based on the same underlying matter of child abuse support-

ing both convictions, and the failure of trial counsel to call two witnesses. Affirmed. Rule 84.16(b).